IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

    Petitioner,                   No. CIV S-08-0257 MCE GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 4, 2008, petitioner filed the original petition. On February 21, 2008, petitioner filed an amended petition. On April 25, 2008, the court screened the amended petition and ordered it dismissed with leave to amend.

        On May 27, 2008, petitioner filed a document titled "request for court's intervention." Petitioner states that his original petition challenges the legality of his conviction whereas the amended petition challenges parole proceedings. Petitioner states that he meant to file two separate actions.

        In the original petition, petitioner challenges his 1983 second degree murder conviction from Los Angeles County. The Clerk will be directed to copy this petition, open it as

1

1  a new action as of February 4, 2008, and assign it to the undersigned.  This court will then order
2  this action transferred to the United States District Court for the Central District of California.
3         On April 22, 2008, petitioner filed a second amended petition.  The court was not
4  aware of this petition when it prepared the April 25, 2008, order.  The claims raised in the second
5  amended petition are the same as those raised in the first amended petition.
6         In his May 28, 2008, pleading, petitioner addresses the April 25, 2008, order
7  dismissing the amended petition with leave to amend.  Petitioner states that he has done his best
8  in stating the merits of his case.  The court will grant petitioner one final opportunity to file a
9  second amended petition addressing the issues discussed in the April 25, 2008, order.  If
10 petitioner does not file a second amended petition, the court will recommend dismissal of this
11 action for the reasons stated in the April 25, 2008, order.
12         Accordingly, IT IS HEREBY ORDERED that:
13         1. The Clerk of the Court is directed to copy the original petition filed February 4,
14 2008, and open it as a new action as of February 4, 2008; this action shall be assigned to the
15 magistrate judge and district judge assigned to this action;
16         2. Petitioner is granted thirty days to file a second amended petition; failure to file
17 a second amended petition will result in a recommendation of dismissal of this action.
18 DATED: 07/22/08

                                   /s/ Gregory G. Hollows
                           _____
                           UNITED STATES MAGISTRATE JUDGE

22 cole.ord