1
2
3
4
5
6
7
8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 WALTER LEE COLE,

12         Petitioner,              No. CIV S-08-0257 MCE GGH P

13     vs.

14 D.K. SISTO, et al.,

15         Respondents.        ORDER

16 _____/

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20         On October 31, 2008, the magistrate judge filed findings and recommendations

21 herein which were served on petitioner and which contained notice to petitioner that any

22 objections to the findings and recommendations were to be filed within twenty days.  Petitioner

23 has not filed objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26 ORDERED that:

1

1          1.  The findings and recommendations filed October 31, 2008, are adopted in full;

2  and

3          2.  This action is dismissed.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

4  Dated:  January 9, 2009

5

6                                          _____
MORRISON C. ENGLAND, JR.
7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26